**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                                                              Case No. _____

Cardinal Boiler & Tank Corp.                                                          Chapter **11**
_____
           Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **November 25, 2013**                      _____
                                                                    Debtor

                                                                    _____
                                                                    Joint Debtor

                                                                    _____
                                                                    Attorney for Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346


NYS DEPARTMENT OF LABOR
PO BOX 15131
ALBANY, NY  12212


NYS DEPARTMENT OF TAXATION & FINANCE
OPTS-INDIVIDUAL TAX RETURNS PROCESSING
AP HARRIMAN CAMPUS
ALBANY, NY  12227


PRO TEST ENVIRONMENTAL
PO BOX 1937
WEST BABYLON, NY  11704